# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EX. REL. ANTONIO BUNDY, | : No. 128 EM 2016 |
| Petitioner | : |
| v. | : |
| THE COMMONWEALTH COURT OF PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Action in Mandamus" is **DENIED**.